# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**TERRANCE RAPP,**

      **Plaintiff(s),**

**v.**                                      **CASE NO:  8:11-CV-1671-T-30AEP**

**SAND KEY ASSOCIATES LIMITED**
**PARTNERSHIP d/b/a SHERATON**
**KEY RESORT,**

      **Defendant(s).**

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #8).

Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice, each party to bear its own attorney's

fees and costs.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE and ORDERED** in Tampa, Florida on October 13, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1671 dismiss 8.docx